*May 12, 1931.*

CARLSON, as Special Administratrix, Respondent, vs. WAN-GEN, Appellant.

For the appellant: *Hanitch, Hartley, Johnson & Fritschler* of Superior.

For the respondent: *Curran & Sher* of Superior.

*By the Court.*—Judgment affirmed.

STATE BANK OF GREENLEAF, Respondent, vs. NICKOLAI, Sheriff, and others, Appellants.

For the appellants: *Edward M. Goemans,* attorney, and *William F. Morris* of counsel, both of De Pere.

For the respondent: *Fox & Fox* of Chilton.

*By the Court.*—Judgment affirmed.

WILL OF JANTY: JANTY and others, Respondents, vs. DE-MOULIN and others, Appellants.

For the appellants: *L. P. Fox* of Chilton.

For the respondents: *Bowler & Bowler* of Sheboygan; *George M. Goggins,* guardian *ad litem* for interested minors.

*By the Court.*—Order affirmed.

A motion for a rehearing was denied, without costs, on October 13, 1931.